UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TIMOTHY DAVIS, JR.                                                                   PLAINTIFF

V.                              5:16CV000169 KGB/JTR

ARKANSAS COUNTY DETENTION CENTER                              DEFENDANT

### RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the entry of this Recommendation. The failure to timely file objections may result in waiver of the right to appeal questions of fact.

### I. Discussion

On June 28, 2016, the Court ordered Plaintiff, Timothy Davis, Jr. ("Davis"), to either pay the $400 filing fee in full or file an Application to Proceed *In Forma Pauperis*. *Doc. 2*. Importantly, the Court advised Davis that this case would be dismissed, without prejudice if he failed to timely do so. *Id.*

As of the date of the Recommendation, Davis has not complied with the June 28, 2016 Order. The time to do has expired.

## II. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1. This case be DISMISSED, WITHOUT PREJUDICE, pursuant to Local Rule 5.5(c)(2).

2. The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommendation would not be taken in good faith.

Dated this 1st day of August, 2016.

*/s/ J. Thomas Ray*
UNITED STATES MAGISTRATE JUDGE