IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TIMOTHY DAVIS, JR.**                                                              **PLAINTIFF**

v.                          Case No. 5:16-cv-00169 KGB/PSH

**ARKANSAS COUNTY**
**DETENTION CENTER**                                                          **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 3). Plaintiff Timothy Davis, Jr., has not filed an objection to the Recommended Disposition, and the time to file an objection has passed. After careful review, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

The Court dismisses without prejudice Mr. Davis's complaint (Dkt. No. 1). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Order would not be taken in good faith.

It is so ordered this 24th day of February, 2017.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge