UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TIMOTHY DAVIS, JR.**                                                **PLAINTIFF**

**v.**            **Case No. 5:16-cv-169 KGB/JTR**

**ARKANSAS COUNTY**
**DETENTION CENTER**                                               **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered this date, judgment is entered dismissing this case without prejudice. The relief sought is denied. The Court certifies that an *in forma pauperis* appeal taken from this Judgment would be considered frivolous and not in good faith.

So adjudged this 24th day of February, 2017.

_____
Kristine G. Baker
United States District Judge